1 **YUHL STONER CARR LLP**
2 William E. Stoner  SBN 101418
  wstoner@ysclawyers.com
3 Eric F. Yuhl  SBN 102051
4 eyuhl@ysclawyers.com
5 601 S. Figueroa, Suite 2340
  Los Angeles, California 90017
6 Telephone:  213-687-2640
  Facsimile:  213-687-2644
7

cc: order, docket,
remand letter to Los
Angeles Superior Court
BC 466436

8 Attorneys for Plaintiff, CITY OF BELL; BELL
9 PUBLIC FINANCING AUTHORITY; BELL
  COMMUNITY DEVELOPMENT AGENCY;
10 BELL COMMUNITY HOUSING AUTHORITY;
11 BELL SURPLUS PROPERTY AUTHORITY;
  BELL SOLID WASTE AUTHORITY
12

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BELL; BELL PUBLIC FINANCING AUTHORITY; BELL COMMUNITY DEVELOPMENT AGENCY; BELL COMMUNITY HOUSING AUTHORITY; BELL SURPLUS PROPERTY AUTHORITY; BELL SOLID WASTE AUTHORITY<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BEST BEST & KRIEGER; EDWARD W. LEE, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.  CV11-9140 R (Ex)<br><br>[The Honorable Manuel L. Real]<br><br>**ORDER RE STIPULATION REQUESTING REMAND TO STATE COURT**<br><br>(LASC Case No. BC466436) |

---

**[PROPOSED] ORDER RE STIPULATION REQUESTING REMAND TO STATE COURT**

1  Based on the stipulation of the parties and for good cause show, the Court
2  hereby remands this civil action City of Bell, et al. v. Best Best & Krieger, et al.,
3  LASC Case No. BC466436 to the Superior Court of the State of California in and
4  for the County of Los Angeles.

6  IT IS SO ORDERED.

9  Dated:  DEC. 5, 2011

JUDGE MANUEL L. REAL

# PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 S. Figueroa St., Suite 2340, Los Angeles, California 90017.

On December 2, 2011, I served the foregoing documents by placing a true copy thereof enclosed in a sealed envelope and addressed as stated below:

**DOCUMENTS SERVED:** [PROPOSED] ORDER RE STIPULATION REQUESTING REMAND TO STATE COURT

**SERVED UPON:**
Mark S. Lester
David Cantrell
LESTER & CANTRELL, LLP
1700 Iowa Avenue, Suite 200
Riverside, CA 92507
Tel: 951.300.2690
Fax: 951.300.2694
Email: molester@lc-law-llp.com; dcantrell@lc-law-llp.com
(Attorneys for Defendants)

☒ **BY MAIL** I declare that I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE** I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to *California Rules of Court,* Rule 2008, from facsimile machine number 213.687.2644. The facsimile machine I used complied with *California Rules of Court,* Rule 2008, and no error was reported by the machine. Pursuant to Rule 2008(e)(3), I caused the machine to print a transmission record of the transmission.

☐ **BY ELECTRONIC SERVICE** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message, or other indication that the transmission was unsuccessful.

☐ **BY OVERNIGHT DELIVERY** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery of documents. Under that practice it would be delivered to an authorized agent or driver of Federal Express with the fees paid or provided for on the date of service and delivered the next day.

☐ **BY PERSONAL SERVICE** I caused such envelope to be hand delivered to the office(s) of the addressee(s).

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/_____
Leslie Coumans

---

**[PROPOSED] ORDER RE STIPULATION REQUESTING REMAND TO STATE COURT**